■ In the Matter of JOHN R. DUFFY, Petitioner, v ROGER N. ROSENGARTEN et al., Respondents. [919 NYS2d 359]—■

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Rivera, J.P., Angiolillo, Eng and Sgroi, JJ., concur.